**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY ELAINE DORMAN,

    Plaintiff,

vs.

                          Case No. 3:23-cv-7-MMH-MCR

ULTA SALON, COSMETICS, &
FRAGRANCE INC. d/b/a ULTA
BEAUTY #377; and JANE DOE,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

    This matter is before the Court sua sponte. Plaintiff initiated this action in state court with the filing of a two-count Complaint (Doc. 4). Defendant Ulta Salon, Cosmetics, & Fragrance Inc. d/b/a Ulta Beauty #377 (Ulta) then removed the action to this Court. See Defendant Ulta's Notice of Removal (Doc. 1), filed January 3, 2023. Upon review of the Complaint, the Court notes that in addition to Ulta, Plaintiff names Jane Doe as a Defendant to this action. However, "[a]s a general matter, fictitious-party pleading is not permitted in federal court." Richardson v. Johnson, 598 F.3d 734, 738 (11th Cir. 2010). Notably, the discovery period in this matter has commenced and the deadline to join a party or amend the pleadings passed on April 7, 2023. See Case

Management and Scheduling Order (Doc. 10), entered February 8, 2023. However, Plaintiff has not sought leave to amend her pleadings to identify the Doe Defendant.  Accordingly, it is

**ORDERED:**

Plaintiff is directed to show cause by a written response filed no later than **April 27, 2023**, why Defendant Jane Doe should not be dismissed.  Plaintiff is cautioned that failure to respond may result in dismissal of the Doe Defendant without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of April, 2023.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record